**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 16-17166 (MBK) |
| SALVATORE DIBETTA, | Honorable Michael B. Kaplan |
| Debtor. | Chapter 7 |

**ORDER AUTHORIZING TRUSTEE TO DESTROY
AND/OR ABANDON CERTAIN BOOKS AND RECORDS
OF DEBTOR; AND GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: August 31, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Salvatore DiBetta |
| Case No.: | 16-17166 (MBK) |
| Caption of Order: | Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief |

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Salvatore DiBetta (the "Debtor"), the chapter 7 debtor, by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17166-MBK
Salvatore DiBetta                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Aug 31, 2016
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
db           Salvatore DiBetta,    102 Winfield Terrace,    Branchburg, NJ 08876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:
      Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
      Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Henry A Loeb    on behalf of Debtor Salvatore  DiBetta henryaloeb@yahoo.com
      John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
      Steven Z Jurista    on behalf of Creditor   Heller, Martin sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                            TOTAL: 5