Order Filed on September 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
 *Chapter 7 Trustee*

In re:

SALVATORE DiBETTA,

            Debtor.

Case No. 16-17166 (MBK)

Honorable Michael B. Kaplan

Chapter 7

## ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
## MCDONNELL CROWLEY, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | Salvatore DiBetta |
| Case No.: | 16-17166 (MBK) |
| Caption of Order: | Order Granting First and Final Allowances to McDonnell Crowley, LLC |

      **AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

      **IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br> *Chapter 7 Trustee* | $23,790.75 | $454.83 |