| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue – Suite 201<br>Red Bank, NJ 07701<br>(732) 383-7233<br>bcrowley@mchfirm.com<br>Brian T. Crowley (BC2778)<br>*Counsel to John M. McDonnell,*<br>  *Chapter 7 Trustee* | Order Filed on September 9, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>SALVATORE DiBETTA,<br><br>                    Debtor. | Case No. 16-17166 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

### ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
### <u>MCDONNELL CROWLEY, LLC</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 9, 2016**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Salvatore DiBetta |
| Case No.: | 16-17166 (MBK) |
| Caption of Order: | Order Granting First and Final Allowances to McDonnell Crowley, LLC |

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br> *Chapter 7 Trustee* | $23,790.75 | $454.83 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-17166-MBK
Salvatore DiBetta                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Sep 09, 2016
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.
db              Salvatore DiBetta,    102 Winfield Terrace,    Branchburg, NJ   08876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Henry A Loeb    on behalf of Debtor Salvatore  DiBetta henryaloeb@yahoo.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Steven Z Jurista    on behalf of Creditor   Heller, Martin sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                             TOTAL: 5