Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−17166−MBK
          Chapter:  7
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore DiBetta
   dba All Point ATM, LLC
   102 Winfield Terrace
   Branchburg, NJ 08876

Social Security No.:
   xxx−xx−1161

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Michael B. Kaplan on:

DATE:          November 17, 2016
TIME:          10:00 AM
LOCATION:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $427,500.00
TOTAL DISBURSEMENTS:   $252,676.53
BALANCE ON HAND:      $174,823.47

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
John Michael McDonnell, Esq., Trustee

COMMISSION OR FEES
$23,441.25

EXPENSES
$188.20

The trustee's application to abandon the following property will be heard and acted upon:
None.

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 18, 2016
JJW: gan

                                          James J. Waldron
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17166-MBK
Salvatore DiBetta                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Oct 18, 2016
                            Form ID: 192             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
db              Salvatore DiBetta,    102 Winfield Terrace,    Branchburg, NJ   08876
acc            +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
r              +Weichert Realtors,    3290 Route 22 West,    Branchburg, NJ 08876-3493
516119575      +AT&T,    Box 6284,    Sioux Falls, SK 57117-6284
516171698      +Martin Heller,    c/o The Heller Group,    PO Box 700,   Madison, NJ 07940-0700
516119577      +Martin Heller,    c/o Steven J. Candido, Esq.,    1425 Pompton Avenue,
                 Cedar Grove, NJ 07009-1043
516119572      +Midland Mortgage,    Box 26648,    Oklahoma City, OK 73126-0648
516119578      +Route 513,    c/o Cole Shatz Meisel,    Court Plaza North,   25 Main Street,
                 Hackensack, NJ 07601-7083
516274979      +Route 513 at Sliker Road, LLC,    c/o Cole Schotz P.C.,   Court Plaza North,   25 Main Street,
                 Hackensack, NJ 07601-7015
516119574     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    Box 245,   Trenton, NJ   08695)
516119573     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota,    Box 5855,   Carol Stream, IL   60197)
516119579      +Wells Fargo Bank,    c/o Jeffrey H. Ward, Esq.,    2 Village Court,   Hazlet, NJ 07730-1530
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2016 23:57:38       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2016 23:57:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516119576      +E-mail/Text: mrdiscen@discover.com Oct 18 2016 23:56:37       Discover,   Box 71084,
                 Charlotte, NC 28272-1084
516139372       E-mail/Text: mrdiscen@discover.com Oct 18 2016 23:56:37       Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
516277864      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2016 23:54:02
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516187335*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,   Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Henry A Loeb    on behalf of Debtor Salvatore  DiBetta henryaloeb@yahoo.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2016
                              Form ID: 192             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven Z Jurista    on behalf of Creditor    Heller, Martin sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com

                                          TOTAL: 5