UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
John Michael McDonnell
115 Maple Avenue
Suite 201
Red Bank, NJ 07701
Chapter 7 Trustee

Order Filed on November 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SALVATORE DIBETTA

Case No.: 16-17166

Judge: Michael B. Kaplan

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: November 18, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: DIBETTA, SALVATORE
Case No.: 16-17166-MBK
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

  Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $23,441.25 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $188.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.