Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                        Case No.: 16–17166–MBK  
                        Chapter: 7  
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Salvatore DiBetta  
    dba All Point ATM, LLC  
    102 Winfield Terrace  
    Branchburg, NJ 08876

Social Security No.:  
    xxx–xx–1161

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 7, 2017</u>                   <u>Michael B. Kaplan</u>  
                                          Judge, United States Bankruptcy Court